IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH BERTRAND, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:08-1123 |
| | ) JUDGE ECHOLS/KNOWLES |
| YELLOW ROADWAY CORP., and TEAMSTERS LOCAL UNION, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court upon the pro se Plaintiff's "Motion to Permit Discovery by Interrogatories to Parties With Depositions by Oral Examination or Depositions by Written Questions." Docket No. 116.

The Federal Rules of Civil Procedure provide for discovery by interrogatories and oral depositions without leave of Court. Depositions by written questions can generally be taken, except in certain circumstances where leave of Court is required. Fed. R. Civ. P. 31(a)(2). It does not appear that any of the circumstances that would require leave of Court to conduct such depositions are present in the case at bar.

For the foregoing reasons, the instant Motion is DENIED AS MOOT.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge

2