```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


JOSEPH B. BERTRAND              )
                                )
v.                              )       No. 3:08-1123
                                )       Judge Echols
YELLOW TRANSPORTATION, INC.     )
ET AL.                          )
```

### O R D E R

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE