UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSEPH B. BERTRAND )
)
v. ) NO. 3:08-1123
) JUDGE CAMPBELL
YELLOW TRANSPORTATION, INC., et al. )

ORDER

This case was referred to the undersigned Judge by Order (Docket No. 432) on May 19, 2010.

Pursuant to 28 U.S.C. § 636, and Rule 72 of the Federal Rules of Civil Procedure, this case is REFERRED to the Magistrate Judge for entry of a scheduling order; decision on all pretrial, nondispositive motions; and a report and recommendation on any dispositive motions.

Fed. R. Civ. P. 26(a)(1) regarding required initial discovery disclosures, shall not apply. Pursuant to Local Rule 16.01(e)(1) and Fed. R. Civ. P. 26(d), discovery is not stayed absent further order of the Court.

The pretrial conference scheduled for September 20, 2010, and the trial scheduled for October 19, 2010, are CANCELLED and will be rescheduled by Order filed simultaneously herewith.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE