IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH P. BERTRAND | ) |
| | ) |
| v. | ) NO. 3:08-1123 |
| | ) JUDGE CAMPBELL |
| YELLOW TRANSPORTATION, INC., | ) |
|   et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 441) and Plaintiff's Motion to File Objections thereto (Docket No. 445). Plaintiff's Motion to File Objections is GRANTED and, in compliance with Local Rule 72.03(b)(1), Plaintiff shall file any Objections within fourteen (14) days after service of the Report and Recommendation upon him.

In light of the pending Report and Recommendation, which was filed after the Court's recent Order (Docket No. 442) had been signed but before it had been filed, no action shall be taken pursuant to the Court's prior Order (Docket No. 442), pending the Court's ruling on the Report and Recommendation.

IT IS SO ORDERED.

                                                  _____
                                                  TODD J. CAMPBELL
                                                  UNITED STATES DISTRICT JUDGE